571 A.2d 377

**Samuel H. CONOVER and Rebecca Conover, Husband and Wife, Respondents,**

**v.**

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, Petitioner.**

Supreme Court of Pennsylvania.

March 27, 1990.

## ORDER

PER CURIAM:

The Petition for Allowance of Appeal is granted. The Order of the Commonwealth Court is vacated in light of *Snyder v. Harmon*, 522 Pa. 424, 562 A.2d 307 (1989). The order of the Court of Common Pleas of Clearfield County is reinstated.

Jurisdiction relinquished.

LARSEN, J., dissents.